IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THOMASINA A. COLBERT NOLL, § § *Plaintiff*, § § v. § § FEDERAL HOME LOAN § MORTGAGE CORPORATION, AS § TRUSTEE FOR THE BENEFIT OF § THE FREDDIE MAC SEASONED § LOANS STRUCTURED § TRANSACTION TRUST, SERIES § 2019-3 AND SELECT PORTFOLIO § SERVICING, INC., § § *Defendants*. | CIVIL ACTION NO. 4:22-cv-2672 |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

**TO THE HONORABLE COURT:**

Robert C. Lane, Joshua D. Gordon, Christopher C. West and The Lane Law Firm, P.L.L.C. ("Movants") ask this Court's permission to withdraw as Counsel for Thomasina A. Colbert Noll ("Plaintiff"). This Motion encompasses any other counsel of record or any other attorney employed or associated with The Lane Law Firm, P.L.L.C., and in support thereof would show the following:

1. Thomasina A. Colbert Noll is the Plaintiff ("Plaintiff").

2. FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE FOR THE BENEFIT OF THE FREDDIE MAC SEASONED LOANS STRUCTURED TRANSACTION TRUST, SERIES 2019-3 and Select Portfolio Servicing, Inc. are Defendants.

1

3. Movants are currently enrolled as counsel for Thomasina A. Colbert Noll.

4. On July 28, 2022, Plaintiff filed an Original Petition and Temporary Restraining Order to stop a foreclosure sale scheduled for August 2, 2022. This TRO was granted.

5. Defendants removed this case to the Southern District of Texas Houston Division on August 9, 2022.

6. There is good cause for this court to grant the Motion. Specifically, Plaintiff has terminated Movants. Movants are no longer retained.

7. Plaintiff has made clear that she does not wish to dismiss this lawsuit and that she wants Movants to withdraw from this lawsuit.

8. Defendants are unopposed to this motion.

9. This case is in its early stages and this motion will not delay the prosecution of this case.

10. Plaintiff's last known address is 1613 Palcio Real Drive, Houston, Texas 77047. Her last known phone number is (919) 432-9122, and last known email address is colbertthomasina@gmail.com.

WHEREFORE, PREMISES CONSIDERED, Robert C. Lane, Joshua D. Gordon, Christopher C. West, and The Lane Law Firm, P.L.L.C. ask that this Court grant their Unopposed Motion to Withdraw as Counsel for Plaintiffs and remove any and all counsel associated with The Lane Law Firm, P.L.L.C.

Respectfully submitted this 20 day of October 2022,

By: */s/ Robert C. Lane*
Robert "Chip" Lane
State Bar No. 24046263
Notifications@lanelaw.com
Joshua D. Gordon
State Bar No. 24091592
Joshua.gordon@lanelaw.com
Christopher C. West
State Bar No. 24102639
chris.west@lanelaw.com
**THE LANE LAW FIRM, P.L.L.C.**
6200 Savoy Drive, Suite 1150
Houston, Texas 77036
Telephone: (713) 595-8200
Facsimile: (713) 595-8201
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

On October 19, 2022, I conferred with Counsel for Defendants regarding this motion. Defendants are unopposed.

By: */s/ Joshua D. Gordon*
Joshua D. Gordon

**CERTIFICATE OF CONFERENCE**

On October 19, 2022, Thomasina A. Colbert Noll confirmed in writing that she wishes Movants to withdraw from this lawsuit.

By: */s/ Joshua D. Gordon*
Joshua D. Gordon

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20 day of October 2022, a true and correct copy of the above and foregoing instrument has been served upon the following *via* ECF notification:

Michael F. Hord, Jr.
Eric C. Mettenbrink
HIRSCH & WESTHEIMER, P.C.
1415 Louisiana, 36th Floor
Houston, Texas 77002-2772
Telephone 713-220-9182
Facsimile 713-223-9319
E-mail: mhord@hirschwest.com
Email: emettenbrink@hirschwest.com
**ATTORNEY FOR DEFENDANTS**

A copy of the motion was emailed to Thomasina A. Colbert Noll at the following email address: colbertthomasina@gmail.com on 20 day of October 2022.

By: */s/ Robert C. Lane*
Robert C. Lane