Case 4:22-cv-02672   Document 15   Filed on 06/20/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 20, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **THOMASINA COLBERT NOLL,** | § § § § | |
| Plaintiff, | | |
| VS. | § § § § § § § | CIVIL ACTION NO. 4:22-CV-02672 |
| **FEDERAL HOME LOAN MORTGAGE CORPORATION,** *et al.*, | | |
| Defendants. | | |

## ORDER

On June 20, 2023 the Court dismissed this case for failure to prosecute. Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth at the hearing, final judgment is hereby **ENTERED** for Defendant.

**IT IS SO ORDERED**.

Signed at Houston, Texas on June 20, 2023.

_____
Keith P. Ellison
United States District Judge